AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

|  |  |
|---|---|
| <u>NICOLE L STANSBURY, et al.</u><br>Plaintiff<br><br>v.<br><br><u>NATIONAL FLOOD INSURANCE PROGRAM , et</u><br>al.<br>Defendant | )<br>)<br>)<br>) Civil Action No. 6:17–CV–01408–UDJ–CBW<br>) Unassigned District Judge<br>)<br>)<br>) |

### SUMMONS IN A CIVIL ACTION

To:
**Federal Emergency Management Agency**

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) − or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) − you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Rajan Pandit**
> **Pandit Law Firm**
> **701 Poydras St Ste 3950**
> **New Orleans, LA 70139**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:  __10/31/2017__

__/s/ − Tony R. Moore__

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

6:17–CV–01408–UDJ–CBW

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for *Federal Emergency Management Agency* was received by me on
*(date)*_____1-3-18_____.

- ☐ I personally served the summons on **Federal Emergency Management Agency** at
  *(place)*_____ on
  *(date)*_____; or

- ☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
  _____, a person of suitable age and discretion who resides there, on *(date)*
  _____, and mailed a copy to the individual's last known address; or

- ☐ I served the summons on *(name of individual)* W. Brock Long , who is designated by law
  to accept service of process on behalf of *(name of organization)* Federal Emergency
  Management Agency_____ on *(date)* 1-8-18_____; or

- ☐ I returned the summons unexecuted because _____
  _____; or

- ☐ Other *(specify):*

My fees are $ ____0____ for travel and $ ____0____ for services, for a total of $ ____0_____.

I declare under penalty of perjury that this information is true.

Date: 1-8-18_____

_____
Server's signature

Stacie Coleman
_____
Printed name and title

701 Poydras #3950
_____
Server's address
New Orleans, LA 70139

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

### NOTICE TO PARTIES/COUNSEL

- In accordance with FRCP 10 and LR 10.1, all pleadings must include the name of the Judge and the Magistrate Judge (when one is assigned).

- A request for a jury demand must be indicated in the caption and included in the pleading. See LR 38.1. Indication of a jury demand on the civil cover sheet is not a valid request for a jury trial.

- Under LR 83.2.5 pleadings will only be filed when signed by an attorney admitted to practice before this Court or a pro se litigant. Each attorney shall place his attorney identification number under his signature on any pleading. The attorney identification number is the same as the number assigned by the Louisiana Supreme Court or for visiting attorneys appearing pro hac vice, the number assigned by this office. When more than one attorney appears for a single party, one attorney shall be designated TA or "trial attorney."

- Your attention is directed to LR 41.3 which governs dismissal of actions for failure to prosecute.

- If deadlines cannot be met, extensions may be sought under FRCP 6(b). Voluntary extensions of time between counsel are not recognized by the Court. Any extensions must be granted or approved by the Court.

- Your attention is also directed to LR 16.3.1 which requires the parties to consider the use of Alternative Dispute Resolution no later than 200 days after the initial filing in this court.

- Counsel and parties are reminded of their obligation to notify the court of any proceedings directly related to or "involving subject matter that comprises all or a material part of the subject matter or operative facts of another action" as provided by LR 3.1.

TONY R. MOORE
Clerk of Court

NOTE: This court has an internet web site at www.lawd.uscourts.gov where you can obtain our Guide To Practice and our local rules, including those referenced above. You can also download forms and maps to our courthouses and, electronically file your pleading. PACER users my also view the docket sheet and imaged pleadings on−line.

LAW101 (Rev. 6/12)

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | |
|---|---|
| <u>NICOLE L STANSBURY</u>, et al. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 6:17–CV–01408–UDJ–CBW |
| | ) Unassigned District Judge |
| <u>NATIONAL FLOOD INSURANCE PROGRAM</u> , et al. | ) |
| Defendant | ) |

### SUMMONS IN A CIVIL ACTION

To:
**U S Dept of Homeland Security**

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Rajan Pandit**
> **Pandit Law Firm**
> **701 Poydras St Ste 3950**
> **New Orleans, LA 70139**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**CLERK OF COURT**

Date:   10/31/2017

/s/ – Tony R. Moore

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

6:17–CV–01408–UDJ–CBW

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for **U S Dept of Homeland Security** was received by me on
*(date)* __1-3-18__ .

- I personally served the summons on **U S Dept of Homeland Security** at
*(place)*_____  _____ on
*(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there, on *(date)*
_____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* __Elaine Duke__ , who is designated by law
to accept service of process on behalf of *(name of organization)* __US Dept of__
__Homeland Security__ on *(date)* __1-8-18__ ; or

- I returned the summons unexecuted because _____
_____; or

- Other *(specify):*

My fees are $ __0__ for travel and $ __0__ for services, for a total of $ __0__ .

I declare under penalty of perjury that this information is true.

Date: __1-8-18__

__Stacie Coleman__
Server's signature

__Stacie Coleman__
Printed name and title

__701 Poydras #3950__
Server's address
__New Orleans, LA 70139__

Additional information regarding attemped service, etc:

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

## NOTICE TO PARTIES/COUNSEL

- In accordance with FRCP 10 and LR 10.1, all pleadings must include the name of the Judge and the Magistrate Judge (when one is assigned).

- A request for a jury demand must be indicated in the caption and included in the pleading. See LR 38.1. Indication of a jury demand on the civil cover sheet is not a valid request for a jury trial.

- Under LR 83.2.5 pleadings will only be filed when signed by an attorney admitted to practice before this Court or a pro se litigant. Each attorney shall place his attorney identification number under his signature on any pleading. The attorney identification number is the same as the number assigned by the Louisiana Supreme Court or for visiting attorneys appearing pro hac vice, the number assigned by this office. When more than one attorney appears for a single party, one attorney shall be designated TA or "trial attorney."

- Your attention is directed to LR 41.3 which governs dismissal of actions for failure to prosecute.

- If deadlines cannot be met, extensions may be sought under FRCP 6(b). Voluntary extensions of time between counsel are not recognized by the Court. Any extensions must be granted or approved by the Court.

- Your attention is also directed to LR 16.3.1 which requires the parties to consider the use of Alternative Dispute Resolution no later than 200 days after the initial filing in this court.

- Counsel and parties are reminded of their obligation to notify the court of any proceedings directly related to or "involving subject matter that comprises all or a material part of the subject matter or operative facts of another action" as provided by LR 3.1.

TONY R. MOORE
Clerk of Court

NOTE: This court has an internet web site at www.lawd.uscourts.gov where you can obtain our Guide To Practice and our local rules, including those referenced above. You can also download forms and maps to our courthouses and, electronically file your pleading. PACER users my also view the docket sheet and imaged pleadings on−line.

LAW101 (Rev. 6/12)

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | |
|---|---|
| NICOLE L STANSBURY, et al. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 6:17–CV–01408–UDJ–CBW |
| | ) Unassigned District Judge |
| NATIONAL FLOOD INSURANCE PROGRAM , et al. | ) |
| Defendant | ) |

### SUMMONS IN A CIVIL ACTION

To:
**National Flood Insurance Program**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) − or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) − you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Rajan Pandit**
> **Pandit Law Firm**
> **701 Poydras St Ste 3950**
> **New Orleans, LA 70139**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:  10/31/2017

/s/ − Tony R. Moore

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

6:17-CV-01408-UDJ-CBW

## PROOF OF SERVICE
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **National Flood Insurance Program** was received by me on
*(date)*  1-3-18            .

- I personally served the summons on **National Flood Insurance Program** at
  *(place)*_____ on
  *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____
  _____, a person of suitable age and discretion who resides there, on *(date)*
  _____, and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* US Attorney General who is designated by law
  to accept service of process on behalf of *(name of organization)* National Flood
  Insurance Program            on *(date)*  1-8-18        ; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____○_____ for travel and $ _____○_____ for services, for a total of $ _____○_____.

I declare under penalty of perjury that this information is true.

Date:  1-8-18

*Stacie Coleman*
Server's signature

*Stacie Coleman*
Printed name and title

701 Poydras #3950
Server's address
New Orleans, LA 70139

Additional information regarding attemped service, etc:

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

### NOTICE TO PARTIES/COUNSEL

- In accordance with FRCP 10 and LR 10.1, all pleadings must include the name of the Judge and the Magistrate Judge (when one is assigned).

- A request for a jury demand must be indicated in the caption and included in the pleading. See LR 38.1. Indication of a jury demand on the civil cover sheet is not a valid request for a jury trial.

- Under LR 83.2.5 pleadings will only be filed when signed by an attorney admitted to practice before this Court or a pro se litigant. Each attorney shall place his attorney identification number under his signature on any pleading. The attorney identification number is the same as the number assigned by the Louisiana Supreme Court or for visiting attorneys appearing pro hac vice, the number assigned by this office. When more than one attorney appears for a single party, one attorney shall be designated TA or "trial attorney."

- Your attention is directed to LR 41.3 which governs dismissal of actions for failure to prosecute.

- If deadlines cannot be met, extensions may be sought under FRCP 6(b). Voluntary extensions of time between counsel are not recognized by the Court. Any extensions must be granted or approved by the Court.

- Your attention is also directed to LR 16.3.1 which requires the parties to consider the use of Alternative Dispute Resolution no later than 200 days after the initial filing in this court.

- Counsel and parties are reminded of their obligation to notify the court of any proceedings directly related to or "involving subject matter that comprises all or a material part of the subject matter or operative facts of another action" as provided by LR 3.1.

TONY R. MOORE
Clerk of Court

NOTE: This court has an internet web site at www.lawd.uscourts.gov where you can obtain our Guide To Practice and our local rules, including those referenced above. You can also download forms and maps to our courthouses and, electronically file your pleading. PACER users my also view the docket sheet and imaged pleadings on–line.

LAW101 (Rev. 6/12)